IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR63 |
| | ) | |
| vs. | ) | |
| | ) | |
| GILBERT GOMEZ, JR., | ) | ORDER |
| MONICA GOMEZ, | ) | |
| MARTIN GOMEZ, | ) | |
| | | |
| Defendants. | | |

This matter is before the court on defendant Gilbert Gomez, Sr.'s unopposed Motion to Continue Trial [117]. Defendant has a serious medical condition and is undergoing treatment. The defendant has previously complied with NECrimR 12.1(a) at filing [76]. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [117] is granted, as follows:

1. The jury trial, **for all defendants**, now set for March 6, 2017 is continued to **June 5, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 5, 2017,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED February 17, 2017.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**