# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR63 |
| | ) | |
| vs. | ) | |
| | ) | |
| GILBERT GOMEZ, SR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [152]. As defendant has recently completed treatment for a serious illness, counsel needs additional time to conclude plea negotiations. The defendant has complied with NECrimR 12.1(a) at filing [153]. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [152] is granted, as follows:

1. The jury trial now set for October 30, 2017 is continued to **December 4, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 4, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED October 25, 2017.**

                     **BY THE COURT:**


                     **s/ Susan M. Bazis**
                     **United States Magistrate Judge**