IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR63 |
| vs. | **ORDER** |
| GILBERT GOMEZ, SR., | |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 171) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Gilbert Gomez, Sr. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 171) is granted.
2. The Indictment (Filing No. 1) is hereby dismissed, without prejudice, as to Gilbert Gomez, Sr.

Dated this 11th day of January, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge